**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOSEPH R. BIDEN, JR.,

        *Plaintiff,*

    v.

U.S. DEPARTMENT OF JUSTICE,

        *Defendant.*

No. 26-cv-1818 (DLF)

**JOINT NOTICE RE: PROPOSED BRIEFING SCHEDULE**

Plaintiff Joseph R. Biden, Jr., and Defendant U.S. Department of Justice (the "parties") respectfully submit this joint notice in response to the Court's minute order of May 28, 2026.  That minute order directed the parties to submit a proposed briefing schedule for Plaintiff's forthcoming preliminary injunction motion.

The parties jointly propose the following briefing schedule:

| Date | Event |
| --- | --- |
| Monday, June 1, 2026 | Plaintiff's preliminary injunction motion due |
| Monday, June 8, 2026 | Any oppositions to Plaintiff's preliminary injunction motion due |
| Wednesday, June 10, 2026 | Any reply in support of Plaintiff's preliminary injunction motion due |

The parties defer to the Court on the timing of any hearing.

* * *

Dated: May 29, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ John J. Halloran, Jr.*
JOHN J. HALLORAN, JR.
Trial Attorney
D.C. Bar No. 454128
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-3398
Fax: (202) 616-8460
Email: John.J.Halloran.Jr@usdoj.gov

*Counsel for Defendant*

Respectfully submitted,

/s/ Amy Jeffress
Amy Jeffress (D.C. Bar No. 449258)
Kaitlin Konkel (D.C. Bar No. 1021109)
Taisa M. Goodnature (D.C. Bar No. 90044537)*
Jared M. Hirschfield (N.Y. Bar No. 6296933)*
HECKER FINK LLP
1050 K Street, NW, 10th Floor
Washington, D.C. 20001
Tel: (212) 763-0883
ajeffress@heckerfink.com
kkonkel@heckerfink.com
tgoodnature@heckerfink.com
jhirschfield@heckerfink.com

*Counsel for Plaintiff Joseph R. Biden, Jr.*

*Application for *pro hac vice* admission
forthcoming

2