**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSEPH R. BIDEN, JR., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | No. 26-cv-1818 (TSC) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION**

UPON CONSIDERATION OF Plaintiff Joseph R. Biden, Jr.'s motion for preliminary injunction, the supporting papers, and the parties' memoranda of law, it is hereby ORDERED that Plaintiff's motion, ECF No. ___, is GRANTED.  IT IS FURTHER ORDERED that Defendant U.S. Department of Justice, including Defendant's officers, agents, servants, employees, and attorneys, is ENJOINED from disclosing or causing to be disclosed the written transcript and audio recordings at issue in this matter, or any portion thereof, to the U.S. House Committee on the Judiciary, including any of its members, their staff, or the Committee's staff.

It is SO ORDERED this _____ day of _____, 2026.

_____
Hon. Tanya S. Chutkan
U.S. District Judge