**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH R. BIDEN, JR., <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> *Defendant,* <br><br> COMMITTEE ON THE JUDICIARY OF THE U.S. HOUSE OF REPRESENTATIVES*,* <br><br> *Intervenor-Defendant.* | Case No. 1:26-cv-1818-TSC |

**JOINT STATUS REPORT**

Pursuant to this Court's June 11, 2026 Minute Order, the parties respectfully submit this Joint Status Report to address:  "(1) whether this case would likely be mooted if Defendants were permitted to release the Zwonitzer materials to Heritage Plaintiffs, and (2) whether Defendant would agree to delay release to the House Judiciary Committee until 6/22/2026 at 5 PM so this court can evaluate the effect that developments in No. 24-cv-645 have on Plaintiff's [23] Motion for a Preliminary Injunction in this matter."

As to (1), the parties state the following:

Plaintiff's Position:  If the Department were permitted to release the Zwonitzer materials to the Heritage Plaintiffs, that development could, but would not necessarily, moot this case.  Whether a live case or controversy remains in this action would depend on the specific details of the court's decision in *Heritage v. DOJ*, as well as the actions of the parties and third parties following any disclosure.  For example, if the *Heritage v. DOJ* court permitted disclosure

of only a portion of the Zwonitzer materials to the Heritage Plaintiffs, a live case or controversy could remain in this action.  Plaintiff is prepared to provide a further position on mootness after the court in *Heritage v. DOJ* issues its decision, if this Court so orders.

Defendant's Position:  If the Department of Justice were to release the Zwonitzer materials as proposed by the Department to the plaintiffs in *Heritage Foundation, et al v. Department of Justice* ("*Heritage*"), 1:24-cv-645 (DLF) (D.D.C.), the instant action concerning release to the Committee on the Judiciary of the U.S. House of Representatives (the Committee) would be mooted.  If the court in *Heritage* authorized only a partial release, however, a live case or controversy could remain in the instant action.  Defendant is prepared to provide a further position on mootness after the *Heritage* court issues its decision, if this Court so orders.

Intervenor-Defendant's Position:  The Department's release of the Zwonitzer Materials (as that term is used in paragraph 7 of the Declaration of Peter A. Winn, ECF No. 27-1) to the Heritage Plaintiffs would likely moot this case.  If the *Heritage v. DOJ* court permits disclosure of only a portion of the Zwonitzer Materials to the Heritage Plaintiffs, it is more difficult to assess the likelihood of this case becoming moot.  Intervenor-Defendant is prepared to provide an updated position on mootness after the court in *Heritage v. DOJ* issues its decision, if this Court so orders.

* * *

As to (2), the Department of Justice is willing to delay release to the Committee until June 22, 2026, at 5 P.M.

Dated: June 12, 2026

Respectfully submitted,

*/s/ Amy Jeffress*
Amy Jeffress (D.C. Bar No. 449258)
Kaitlin Konkel (D.C. Bar No. 1021109)
Taisa M. Goodnature (D.C. Bar No. 90044537)*
H. Atticus Ballesteros (D.C. Bar No. 90043198)*
HECKER FINK LLP
1050 K Street, NW, 10th Floor
Washington, D.C. 20001
Tel: (212) 763-0883
ajeffress@heckerfink.com

*Counsel for Plaintiff*

*Admitted *pro hac vice*

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Alexander W. Resar*
ALEXANDER W. RESAR
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Tel:  (202) 616-8188
E-mail: alexander.w.resar@usdoj.gov

*Counsel for Defendant*

/s/ Matthew B. Berry
MATTHEW B. BERRY
   *General Counsel*
TODD B. TATELMAN
   *Deputy General Counsel*
ANDY T. WANG
   *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
Matthew.Berry@mail.house.gov

*Counsel for Intervenor-Defendant*

4