**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH R. BIDEN, JR., | |
| *Plaintiff,* | |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, | Case No. 1:26-cv-1818-TSC |
| *Defendant,* | |
| COMMITTEE ON THE JUDICIARY OF THE U.S. HOUSE OF REPRESENTATIVES, | |
| *Intervenor-Defendant.* | |

**NOTICE**

Pursuant to this Court's June 19, 2026 Minute Order, the U.S. Department of Justice respectfully submits this Notice to inform the Court that the Department does not agree to defer release of the Zwonitzer materials to the Committee on the Judiciary of the U.S. House of Representatives until three days after injunction-pending-appeal proceedings in No. 24-cv-645 are resolved given the uncertainty about how long such proceedings may last. The Department does, however, agree not to release the Zwonitzer materials to the Committee during the 21-day period of the temporary injunction that the district court entered by Minute Order dated June 19, 2026, in No. 24-cv-645.

Dated: June 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Alexander W. Resar*

ALEXANDER W. RESAR
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Tel:  (202) 616-8188
E-mail: alexander.w.resar@usdoj.gov

*Counsel for Defendant*

2