**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH R. BIDEN, JR.,<br><br>        *Plaintiff*,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>        *Defendant*,<br>   and<br><br>COMMITTEE ON THE JUDICIARY OF<br>THE U.S. HOUSE OF REPRESENTATIVES,<br><br>        *Defendant-Intervenor*. | No. 26-cv-1818 (TSC) |

## NOTICE

Plaintiff Joseph R. Biden, Jr., respectfully submits this Notice to inform the Court of the status of proceedings in *Heritage v. DOJ*, Nos. 26-cv-645 (DLF) (D.D.C.) & 26-5235 (D.C. Cir.), which the Court has referenced in prior minute orders. *See* Min. Order (June 11, 2026); Min. Order (June 19, 2026).

On June 19, 2026, the district court in *Heritage v. DOJ* denied President Biden's motion for a preliminary injunction and granted in part his motion for an injunction pending appeal. *Heritage v. DOJ* (D.D.C.), ECF Nos. 77-78, Min. Order (June 19, 2026), ECF No. 83. The district court ordered that "the defendant is temporarily ENJOINED from disclosing to the plaintiffs the contested Zwonitzer materials for a period of three weeks to permit the Court of Appeals for the D.C. Circuit an orderly period to consider whether to grant an injunction pending appeal." *Heritage v. DOJ* (D.D.C.), Min. Order (June 19, 2026). Plaintiff filed a notice of appeal on June

23, *see Heritage v. DOJ* (D.D.C.), ECF No. 85, and the case was docketed in the D.C. Circuit the same day.  On June 24, President Biden filed an emergency motion for injunction pending appeal in the D.C. Circuit, requesting that the court grant the motion before the district court's temporary injunction expires on July 10 at 5:00 p.m.  The motion is fully briefed and pending decision.

Separately, on June 19, this Court acknowledged developments in *Heritage v. DOJ* and directed the U.S. Department of Justice to "indicate whether it agree[d] to defer release of the materials to the Committee until three days after any stay proceedings in No. 24-cv-645 are resolved." Min. Order (June 19, 2026).  The Department declined to agree to the Court's proposed timeline but stated that it "agree[d] not to release the Zwonitzer materials to the Committee during the 21-day period of the temporary injunction that the district court entered by Minute Order dated June 19, 2026, in No. 24-cv-645."  Notice at 1, ECF No. 31.

Thus, it is President Biden's understanding that regardless of how the D.C. Circuit rules in *Heritage v. DOJ*, the disclosure at issue in this action could occur at any point after 5:00 p.m. on Friday, July 10, absent the Department's agreement to a further extension to allow this Court an orderly period to consider any developments in *Heritage v. DOJ*.

Dated: July 8, 2026

Respectfully submitted,

/s/ Amy Jeffress

Amy Jeffress (D.C. Bar No. 449258)
Kaitlin Konkel (D.C. Bar No. 1021109)
Taisa M. Goodnature (D.C. Bar No. 90044537)
H. Atticus Ballesteros (D.C. Bar No. 90043198)*
HECKER FINK LLP
1050 K Street, NW, 10th Floor
Washington, D.C. 20001
Tel: (212) 763-0883
ajeffress@heckerfink.com

*Counsel for Plaintiff Joseph R. Biden, Jr.*

*Admitted pro hac vice*

2