**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH R. BIDEN, JR.,<br><br>   *Plaintiff,*<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>   *Defendant,*<br><br>  and<br><br>COMMITTEE ON THE JUDICIARY OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>   *Defendant-Intervenor.* | Case No. 1:26-cv-1818 (TSC) |

**CONSENT MOTION TO STAY DEADLINE FOR DEFENDANT AND**
**DEFENDANT-INTERVENOR TO SERVE A RESPONSIVE PLEADING**

Defendant United States Department of Justice and Defendant-Intervenor Committee on the Judiciary of the U.S. House of Representatives respectfully move pursuant to Federal Rule of Civil Procedure 6(b)(1) to stay the deadline for Defendant and Defendant-Intervenor to serve a responsive pleading. Defendant and Defendant-Intervenor specifically request this Court stay the deadline to serve a responsive pleading until 60 days after the resolution of Plaintiff's motion for a preliminary injunction and any appeal, if taken, from an order granting or denying that motion. Good cause supports this request.

1. On May 26, 2026, Plaintiff Joseph R. Biden, Jr., filed in this action his complaint for declaratory and injunctive relief against Defendant, the United States Department of Justice. ECF No. 1.

2.    Pursuant to this Court's June 1, 2026 Minute Order, Plaintiff filed a motion for a preliminary injunction on June 1, 2026, ECF No. 23.   Defendant and Intervenor-Defendant opposed on June 8, 2026, *see* ECF Nos. 26 & 27, and that motion remains pending before this Court.

3.   Pursuant to Federal Rule of Civil Procedure 12(b)(6), the deadline for Defendant and Defendant-Intervenor to serve a responsive pleading is July 26, 2026.

4. Good cause exists for the requested stay.  As this Court has recognized in its Minute Orders dated June 19, 2026, and July 10, 2026, the appeal No. 26-5235 currently pending before the D.C. Circuit could moot this case entirely.  Accordingly, the interests of judicial economy and conservation of party resources favor staying the deadline for Defendant and Defendant-Intervenor to respond to the complaint in this matter to grant the parties sufficient time to evaluate any further appellate decision in deciding on the path forward in this case.

5.   Counsel to the parties have met and conferred about the subject of this motion. Plaintiff's counsel consent to the relief sought.

For these reasons, Defendant and Defendant-Intervenor request that this Court stay the deadline for Defendant and Defendant-Intervenor to serve a responsive pleading until 60 days after the resolution of Plaintiff's motion for a preliminary injunction and any appeal, if taken, from an order granting or denying that motion.

Dated: July 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch


*/s/ Alexander W. Resar*
ALEXANDER W. RESAR
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8188
Email: alexander.w.resar@usdoj.gov

*Attorneys for Defendant*


MATTHEW B. BERRY
   *General Counsel*
*/s/ Todd B. Tatelman*
TODD B. TATELMAN
   *Deputy General Counsel*
SARAH E. CLOUSE
   *Associate General Counsel*
ANDY T. WANG
   *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
Todd.Tatelman@mail.house.gov

*Counsel for Intervenor-Defendant*
*Committee on the Judiciary of the U.S.*
*House of Representatives*

3