**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH R. BIDEN, JR., <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> *Defendant,* <br><br> and <br><br> COMMITTEE ON THE JUDICIARY OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br> *Defendant-Intervenor.* | No. 26-cv-1818 (TSC) |

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joseph R. Biden, Jr.,

submits notice of the voluntary dismissal of this action without prejudice.

Dated: July 24, 2026

Respectfully submitted,

/s/ Amy Jeffress
Amy Jeffress (D.C. Bar No. 449258)
Kaitlin Konkel (D.C. Bar No. 1021109)
Taisa M. Goodnature (D.C. Bar No. 90044537)
H. Atticus Ballesteros (D.C. Bar No. 90043198)*
HECKER FINK LLP
1050 K Street, NW, 10th Floor
Washington, D.C. 20001
Tel: (212) 763-0883
ajeffress@heckerfink.com

*Counsel for Plaintiff Joseph R. Biden, Jr.*

*Admitted pro hac vice